**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MARTHA LILIANA CHICAIZA MOSQUERA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-136-KC** |
| | § | |
| **MARY DE ANDA-YBARRA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered Respondents' Motion to Transfer Case, ECF No. 3. Respondents "request this Court exercise her discretion and transfer the cause to the San Antonio Division" because on January 22, 2026, Chicaiza Mosquera was transferred to the South Texas ICE Processing Center in Pearsall, Texas. *Id.* Chicaiza Mosquera opposes this Motion and argues that she was detained in El Paso before her transfer, and transferring the case would not be more convenient for either party. Resp. 2–3, ECF No. 4.

For immigration habeas petitions, "jurisdiction lies in only one district: the district of confinement" at the time of filing. *See Trump v. J.G.G.*, 604 U.S. 670, 672 (2025) (quoting *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004)). The parties agree that Chicaiza Mosquera is currently detained within the Western District of Texas and was detained here when the case was filed. *See* Mot.; *see generally* Resp. Further, there is no dispute that Chicaiza Mosquera was detained in El Paso until sometime on January 22, 2026. *See* Mot.; Resp. 3. Chicaiza Mosquera filed her Petition that same day in the El Paso division.

Thus, the Court has jurisdiction over Chicaiza Mosquera's Petition.[1] And because Respondents have not explained why it would be more convenient to litigate this matter in San Antonio, the Court, in its discretion, declines to transfer on non-jurisdictional grounds.

Accordingly, Respondents' Motion, ECF No. 3, is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **ADD** the Warden of the South Texas ICE Processing Center as a Respondent.[2]

**The January 30, 2026, show cause deadline remains in effect**. *See* Jan. 23, 2026, Show Cause Order, ECF No. 2.

**SO ORDERED**.

**SIGNED** on this _____ day of January, 2026.

SIGNED this 28th day of January, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

[1] Although this Court retains jurisdiction because Chicaiza Mosquera is still detained within the district, a subsequent transfer of a petitioner to a different district would not destroy jurisdiction. *See Griffin v. Ebbert*, 751 F.3d 288, 290–91 (5th Cir. 2014).

[2] It appears that Chicaiza Mosquera was detained in El Paso when her Petition was filed, but she was transferred, within the district, that same day. Thus, in the interest of justice, the Court exercises its discretion to add the Warden of South Texas ICE Processing Center as a Respondent. *See Nguyen v. Bondi*, No. 3:25-cv-323-KC, 2025 WL 3120516, at *3 (W.D. Tex. Nov. 7, 2025).