IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| MARTHA LILIANA CHICAIZA MOSQUERA, §§§§§ | |
| Petitioner, § | |
| v. § | CAUSE NO. EP-26-CV-136-KC |
| MARY DE ANDA-YBARRA et al., §§§§ | |
| Respondents. § | |

### ORDER

On this day, the Court considered the case. Respondents informed the Court that, on February 3, 2026, Petitioner was granted release on a $2,000 bond. Status Report, ECF No. 8. On February 10, Petitioner stated that despite posting bond, and ICE receiving and approving the bond, ICE has not released her. Status Report, ECF No. 9. However, on February 11, the Court searched the ICE Detainee Locator system, which shows Petitioner is not in custody.[1]

Accordingly, the Court **ORDERS** that Petitioner shall **FILE** an updated notice stating whether she remains in custody or has been released **by no later than February 12, 2026**.

**SO ORDERED**.

**SIGNED** this 11th day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

---

[1] *See* ICE Detainee Locator, https://locator.ice.gov/odls/#/results.