**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MARTHA LILIANA CHICAIZA MOSQUERA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-136-KC** |
| | § | |
| **MARY DE ANDA-YBARRA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On February 3, 2026, the Court granted in part Martha Liliana Chicaiza Mosquera's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide her with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision. Feb. 3, 2026, Order 2–3, ECF No. 7.

Respondents informed the Court that, on February 3, 2026, Chicaiza Mosquera was granted release on a $2,000 bond. Status Report, ECF No. 8. On February 10, Chicaiza Mosquera stated that despite posting bond, and ICE receiving and approving the bond, ICE had not released her. Notice, ECF No. 9. However, on February 11, the Court searched the ICE Detainee Locator system, which showed she was not in custody.[1] Thus, the Court ordered Chicaiza Mosquera to file an updated notice stating whether she remained in custody or if she had been released by February 12, 2026. Feb 11, 2026, Order, ECF No. 10. This deadline

[1] *See* ICE Detainee Locator, https://locator.ice.gov/odls/#/results.

passed and she did not file an update with the Court. Therefore, the Court assumes she has been released from custody as shown on the Detainee Locator.

Thus, it appears that the only remaining matter to be resolved in this case is Chicaiza Mosquera's request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA"). *See* Pet. 30, ECF No. 1; *see generally* Feb. 3, 2026, Order. However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA. *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

Accordingly, **the Clerk shall close the case**. To the extent Chicaiza Mosquera wishes to seek additional relief from the Court, she may file a motion to reopen.

**SO ORDERED**.

**SIGNED this 14th day of February, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE